IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| BRANDON PATRICK HUBBARD | : | |
| | : | CIVIL ACTION NO. 6:06-CV-4276 |
| Plaintiff, | : | |
| | : | JUDGE FALLON |
| v. | : | |
| | : | MAGISTRATE JUDGE ROBY |
| ELI LILLY AND COMPANY | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

Considering the foregoing Motion,

IT IS ORDERED that the Unopposed Motion to Stay Pending MDL Transfer submitted by Eli Lilly and Company is hereby GRANTED.  This case is stayed pending transfer to MDL No. 1596 in the Eastern District of New York.

New Orleans, Louisiana, this ___19th___ day of ___September___, 2006.

_____
**UNITED STATES DISTRICT JUDGE**